# UNITED STATES DISTRICT COURT
for the

District of Montana

| | |
|---|---|
| Blossom Old Bull, Personal Representative of the Estate of Braven Glenn <br> *Plaintiff(s)* <br> v. <br> United States of America and Does 1-10 <br> *Defendant(s)* | Civil Action No. CV-22-109-BLG-SPW-KLD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Attorney General Garland
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TYLER P. GILMAN, CLERK OF COURT

Date: 10/03/2022

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | | |
|---|---|---|
| Blossom Old Bull, Personal Representative of the Estate of Braven Glenn | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. CV-22-109-BLG-SPW-KLD |
| United States of America and Does 1-10 | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Civil Process Clerk
U.S. Attorney's Office
2601 2nd Ave. N.
Suite 3200
Billings, MT 59101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TYLER P. GILMAN, CLERK OF COURT*

Date: 10/03/2022

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| Blossom Old Bull, Personal Representative of the Estate of Braven Glenn<br><br>*Plaintiff(s)*<br><br>v.<br><br>United States of America and Does 1-10<br><br>*Defendant(s)* | Civil Action No. CV-22-109-BLG-SPW-KLD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* US Department of the Interior
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TYLER P. GILMAN, CLERK OF COURT

Date: 10/03/2022

*Signature of Clerk or Deputy Clerk*