Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
P.O. Box 7051
Missoula, MT 59807-7051
406-721-1435
tim@bechtoldlaw.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BLOSSOM OLD BULL, Personal Representative of the Estate of Braven Glenn,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and DOES 1-10,<br><br>Defendants. | CV 22-109-BLG-KLD<br><br>STATEMENT OF STIPULATED FACTS |

The parties jointly submit the following stipulated facts pursuant to Local Rule 16.2(b)(3):

1. Plaintiff filed Federal Tort Claim Act claims on March 23, 2022, and the Bureau of Indian Affairs received the claims on March 23, 2022.

1

2. The Complaint was filed more than six months after the administrative claim was presented to the agency.

3. The claim was denied by the agency.

DATED this 25th day of January, 2023.

/s/Abbie Cziok
Assistant U. S. Attorney
Attorney for Defendant USA

/s/ Timothy M. Bechtold
Attorney for Plaintiff