# CROW TRIBE EXECUTIVE BRANCH



Bacheeitche Avenue
P.O. Box 159
Crow Agency (Baaxuwuaashe), Montana 59022
Phone: (406) 638-3732/638-3786
Fax: (406) 638-7301

**Alvin Not Afraid, Jr.**
CHAIRMAN

**Carlson Goes Ahead**
VICE-CHAIRMAN

**Rudolph Old Crow, Sr.**
SECRETARY

**Shawn Backbone**
VICE-SECRETARY

## PRESS RELEASE

### CROW TRIBE TO OPERATE ITS OWN POLICE DEPARTMENT ENDING BUREAU OF INDIAN AFFAIRS – OFFICE OF JUSTICE SERVICES AGREEMENT

June 26, 2020 –Crow Agency, MT – Chairman Alvin Not Afraid Jr., of the Crow Tribe issued a notice to Charlie Addington, Bureau of Indian Affairs, Director for Office of Justice Services in Washington DC, ending the Memorandum of Agreement for police protection services for the Crow Indian Reservation.

In terminating the "MOA" with the BIA, Chairman Not Afraid expressed:

> "I want to lead the Crow Tribe's very own Police Department because I believe the Crow People and residents of the Crow Indian Reservation deserve better, the Crow Tribe no longer seeks to lead the nation in missing and murdered indigenous people and the Crow Tribe no will longer allow drug and human trafficking cases to go unprosecuted and uninvestigated."

The Crow Tribe submitted a P.L. 93-638 Contract Proposal to assume all BIA-Office of Justice police protection services for the Crow Indian Reservation in January of 2020.

However, due to the COVID-19 Coronavirus Pandemic it has taken additional time to review the Crow Tribe's proposal.

In the interim, the Crow Tribe has agreed that corrections and detention will continue to be operated by the BIA and talks are being finalized to secure a central dispatch center.

On June 27, 2020 the Crow Tribe Police Department will be in full operation to provide police protection services for the Crow Indian Reservation.

The Crow Tribe will rely on the 1868 Crow Treaty "bad man" clause when addressing non-Indians as well as relevant tribal and federal laws.

The Crow Tribe has relied on numerous legal experts and consultants to establish the Crow Tribe's Police Department, both Indian and non-Indian, in order to establish a police department that is committed to the safety, health and welfare of the Crow People.

The Crow Tribe Police Department's Chief of Police is Terrill Bracken, who brings years experience and familiarity with local and regional law enforcement.

###

*The Great Apsáalooke Nation: "Teepee Capital of the World"*