IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BLOSSOM OLD BULL, Personal Representative of the Estate of Braven Glenn,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, PAMELA KLIER, and Does 1-9,<br><br>            Defendants. | CV 22-109-BLG-KLD<br><br><br>ORDER |

Defendant United States has filed an unopposed motion to vacate the trial date and remaining deadlines in this matter and set a scheduling conference. (Doc. 44). Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's Motion (Doc. 44) is GRANTED. The bench trial scheduled for June 17, 2024 and all remaining deadlines in the pretrial scheduling order (Doc. 16) are VACATED. The Court will set a scheduling conference for the purpose of establishing a new trial date by way of separate order at a later date.

DATED this 3rd day of May, 2024.

                                                                    _____
                                                                    Kathleen L. DeSoto
                                                                    United States Magistrate Judge